UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:22-cv-61701

ALEXANDER WILLIAMS, on behalf
of himself and all others similarly situated,

      Plaintiff(s),

      v.

EXPRESS DRAIN & SEWER
CLEANING, LLC f/k/a EM GROUP
VENTURES, LLC,

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND FOR ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, ALEXANDER WILLIAMS ("Plaintiff"), by and through undersigned counsel, hereby files his Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice. In support thereof, Plaintiff states the following:

### I.    FACTUAL BACKGROUND

Plaintiff filed his Collective Action Complaint against Defendant on September 9, 2022. *D.E. 1*. Plaintiff's Complaint alleges that he is owed overtime wages pursuant to *29 U.S.C. § 201 et seq.* ("FLSA"). *Id*. After filing the Complaint, Defendant contacted the undersigned counsel to attempt to amicably resolve Plaintiff's claims. Defendant expressly denies that it ever improperly paid Plaintiff and affirmatively asserts that Plaintiff was exempt under the 7i exemption. Soon thereafter, the parties were able to settle Plaintiff's claims. *See Settlement Agreement, attached hereto as Exhibit A*

The undersigned counsel believes that the swift resolution of Plaintiff's claims is fair and reasonable. Further, the Plaintiff's Counsel accepted a reduction of their attorneys' fees and costs to help expedite resolution of this matter. Accordingly, Plaintiff respectfully requests that this Honorable Court grant his Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice.

II.     **MEMORANDUM OF LAW**

In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *See Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). To approve the settlement, the Court must determine that the compromise is a fair and reasonable resolution of a *bona fide* dispute over the FLSA's provisions. *Id*. at 1354. If a settlement in an FLSA dispute reflects a reasonable compromise over issues that are actually in dispute, such as FLSA coverage or computation of back wages, the district court is permitted to approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id*. at 1353; *see also Sneed v. Sneed Shipbuilding, Inc.*, 542 F.2d 537, 539 (5th Cir. 1977).

Here, Plaintiff respectfully submits that the Settlement Agreement is a "fair and reasonable resolution" of his FLSA claims. Plaintiff and his counsel have carefully reviewed records in their possession and have evaluated the Parties' negotiated settlement agreement. After being fully advised of the benefits and risks of litigation, Plaintiff elected to swiftly and amicably resolve his claims. Moreover, there is a bona-fide dispute regarding Plaintiff's entitlement to overtime wages – Defendant asserts that Plaintiff was a commissioned employee who was exempt under the 7i exemption. Thus, Plaintiff respectfully requests that the Court approve the Parties' settlement agreement.

### III. CONCLUSION

**WHEREFORE**, for the reasons set forth herein, Plaintiff respectfully submits that the Parties' Settlement Agreement is fair and reasonable under the circumstances. Therefore, Plaintiff respectfully requests that this Honorable court approve the Parties' FLSA Settlement Agreement and dismiss the case with prejudice.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Prior to the filing of this motion, counsel for Plaintiff conferred with Defendant's Corporate Officer, Efraim Kramer. Defendant does not oppose the relief requested herein.

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS-
JORDAN RICHARDS PLLC**
1800 SE 10th Ave. Suite 205
Fort Lauderdale, Florida 33316
(954) 871-0050
*Counsel for Plaintiff*

By: /s/ *Jake S. Blumstein, Esq.*
**JORDAN RICHARDS, ESQUIRE**
Florida Bar No. 108372
**JAKE BLUMSTEIN, ESQUIRE**
Florida Bar No. 1017746
Jordan@jordanrichardspllc.com
Jake@jordanrichardspllc.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2022 a copy of the foregoing motion was filed via CM/ECF and served on all counsel of record. A courtesy copy of this motion was provided to Defendant via email.

By: /s/ *Jake S. Blumstein, Esq.*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST

**Efraim Kramer**
Express Drain & Sewer LLC
5801 Mayo St.
Hollywood, FL 33023
ekramer@expressservicesfl.com