UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:22-cv-61701

ALEXANDER WILLIAMS, on behalf
of himself and all others similarly situated,

    Plaintiff(s),
v.

EXPRESS DRAIN & SEWER
CLEANING, LLC f/k/a EM GROUP
VENTURES, LLC,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice (the "Motion"). [DE 9]. The Court has carefully reviewed the Motion [DE 9], the Settlement Agreement attached thereto [DE 9-1], notes that Defendant does not oppose the Motion, and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement Agreement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 9] is **GRANTED**;

2. The parties' Settlement Agreement [DE 9-1] is hereby **APPROVED**;

3. The Case is **DISMISSED WITH PREJUDICE**; and

4. The Clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 3rd day of October, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record